<div style="border:1px solid black; text-align:center">

**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

</div>

| | |
|---|---|
| **IN RE PETITION OF FRESCATI SHIPPING COMPANY, LTD., as Owner of the M/T ATHOS I, and TSAKOS SHIPPING & TRADING, S.A., as Manager of the M/T ATHOS I, for Exoneration from or Limitation of Liability** | **2008-MC-0008**<br><br>**CIVIL NO. 05-CV-305**<br>**Eastern District of Pennsylvania** |

## ORDER

THIS MATTER came before the Court upon Citgo Petroleum Corporation's Motion to Quash Subpoena of Frescati Shipping Co., and Tsakos Shipping & Trading, S.A. (Docket No. 1) and Plaintiffs' Cross-Motion to Enforce the Subpoena Directed to Robert L. Williams (Docket No. 2). Responses to said motions were filed, and a hearing was held upon said motions on April 9, 2008.

Being thus fully advised in the premises and upon due consideration thereof, the Court finds that certain requests contained within the subpoena at issue are overly broad as to time and scope and unduly burdensome. Thus, the Court will deny the motion to quash and grant in part and deny in part the motion to compel.

The Court will address the requests to which Citgo and Mr. Williams specifically object as "particularly unreasonable and patently burdensome." Response in Opposition to the Plaintiffs' Cross-Motion at 14.

*In re Petition of Frescati Shipping Company, Ltd.*
2008-MC-0008/05-CV-305 (E.D. Pa.)
Order
Page 2

Request No. 1:    The Court finds this request so overly broad and undefined and

unduly burdensome that no response is required.

Request No. 3:    The Court finds this request so overly broad and undefined and

unduly burdensome that no response is required.

Request No. 5:    The Court finds this request sufficiently defined as to scope and time

that it will order Mr. Williams to respond.  However, any and all

documents responsive to said request may first be reviewed by Citgo

to redact privileged documents prior to forwarding to Plaintiffs.

Citgo is reminded that any such redacted documents must be

catalogued in a privilege log.

Request No. 6:    The Court finds this request irrelevant. Thus, no response is required.

Based upon the foregoing, it is now hereby **ORDERED**:

1.    Citgo Petroleum Corporation's Motion to Quash Subpoena of Frescati

Shipping Co., and Tsakos Shipping & Trading, S.A. (Docket No. 1) is

**DENIED**.

2.    Plaintiff's Cross-Motion to Enforce the Subpoena Directed to Robert L.

Williams (Docket No. 2) is **GRANTED IN PART AND DENIED IN PART**.

*In re Petition of Frescati Shipping Company, Ltd.*
2008-MC-0008/05-CV-305 (E.D. Pa.)
Order
Page 3

      3.      Mr. Robert L. Williams shall, within thirty (30) days from the date of entry of this Order, provide documents responsive to requests numbered 2, 4, 7-10, and request numbered 5 as more fully explained hereinabove.

ENTER:

Dated: April 29, 2008

/s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE